

Holly Springs
(662) 252-3661 Office
1-888-252-2808
(662) 252-1881 Fax

Byhalia Sub-Station
Office (662) 838-5395
Fax (662) 838-8070

February 28, 2013

US Bankruptcy Clerk
703 Hwy 145 N
Aberdeen, MS 39730

Dear Clerk,

    Upon receiving the objection of claims filed for Potts Camp One Stop, Westmoreland, 12-13296, this office has checked the records with the Tax Assessor's office and the Potts Camp City Clerk's office; both of these office records indicate the ownership of the business for the years of 2009 & 2010 to belong to Westmoreland. If there was a change of ownership for this business, it was never updated with either office. These claims will not be withdrawn until proof of ownership for those years are established with the Marshall County Tax Assessor's office.
    If you have any other questions about this matter, you may contact this office at the number above.

Sincerely,

Lynn J. Shaw, DTC

103A Market Street • P.O. Box 40 • Holly Springs, MS 38635
email: TaxCollector@MarshallCoMS.org
www.marshallcoms.org